UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TRANSITO ISABEL MIRANDA, CESAR BAUTISTA, and VICTOR CORPOS CASILLAS Individually and on Behalf of All Others Similarly Situated<br>　　Plaintiffs, | §<br>§<br>§<br>§<br>§<br>§<br>§ | FLSA Collective Action Pursuant to<br>29 U.S.C. § 216(b) |
| vs. | §<br>§<br>§ | Civil Action No. 4:15-cv-0406ALM |
| MAHARD EGG FARM, INC., and MAHARD PULLET FARMS, INC.<br>　　Defendants. | §<br>§<br>§ | Jury Demanded |

**DEFENDANTS MAHARD EGG FARM, INC. AND MAHARD PULLET FARMS, INC.'S
<u>CERTIFICATE OF INTERESTED PERSONS</u>**

**TO THE HONORABLE JUDGE:**

COMES NOW, Defendants Mahard Egg Farm, Inc. and Mahard Pullet Farms, Inc. ("Defendants") and file this, their Certificate of Interested Persons. Defendants would respectfully show the Court the following:

Pursuant to Fed. R. Civ. P. 7.1, Defendants do not have any parent corporation or any publicly held corporation that owns 10% or more of its stock.

Defendants identify the following persons or entities that have an interest in the outcome of this litigation:

Plaintiffs Transito Isabel Miranda, Cesar Bautista and Victor Corpos Casillas;

Plaintiffs' Counsel Michael O'Keefe Cowles, Gonzalo Serrano, and Aaron Johnson; Equal Justice Center; and J. Derek Braziel and J. Forester; Lee & Braziel, LLP;

Defendants Mahard Egg Farm, Inc. and Mahard Pullet Farms, Inc.; and

Defendants' Counsel Brian Farrington and Jacquelyn Clark, Cowles & Thompson, P.C.

Respectfully submitted,

By: */s/ Jacquelyn V. Clark*
    **BRIAN FARRINGTON**
    Texas Bar No. 00790667
    bfarrington@cowlesthompson.com

    **JACQUELYN V. CLARK**
    Texas Bar No. 24069512
    jclark@cowlesthompson.com

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000 (Tel)
(214) 672-2020 (Fax)

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2015, a true and correct copy of the foregoing document was delivered to the counsel of record via ECF filing.

By: */s/ Jacquelyn V. Clark*
    **JACQUELYN V. CLARK**