**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **TRANSITO ISABEL MIRANDA,** | § | **FLSA Collective Action Pursuant to** |
| **CESAR  BAUTISTA, and VICTOR** | § | **29 U.S.C. § 216(b)** |
| **CORPOS CASILLAS Individually and** | § | |
| **on Behalf of All Others Similarly** | § | |
| **Situated** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **Civil Action No. 4:15-cv-0406** |
| **v.** | § | |
| | § | |
| **MAHARD EGG FARM, INC., and** | § | |
| **MAHARD PULLET FARMS, INC.** | § | |
| | § | **Jury Demanded** |
| **Defendants.** | § | |

<u>**PLAINTIFFS' NOTICE OF FILING ADDITIONAL CONSENTS**</u>

Plaintiffs hereby file the following additional Notice of Consents in connection with the

above-entitled and numbered action, attached hereto as Exhibits A-D:

1.     Exhibit A – Marco Diaz

2.     Exhibit B – Maria Arabey Escobar

3.     Exhibit C - Noel Gonzalez Salvador

4.     Exhibit D – Josue Alfaro

Respectfully submitted,


    /s/ *J. Derek Braziel*

**J. DEREK BRAZIEL**
Texas Bar No. 00793380
jdbraziel@l-b-law.com
**J. FORESTER**
Texas Bar No. 24087532
forester@l-b-law.com
**LEE & BRAZIEL, L.L.P.**
1801 N. Lamar Street, Suite 325
Dallas, Texas  75202
(214) 749-1400 phone
(214) 749-1010 fax
www.overtimelayer.com

**MICHAEL O'KEEFE COWLES**
State Bar No. 24082865
mcowles@equaljusticecenter.org
**GONZALO SERRANO**
State Bar No. 94093134
gserrano@equaljusticecenter.org
**EQUAL JUSTICE CENTER**
1801 N. Lamar, Suite 325
Dallas, Texas 75202
(469) 203-2150
(469) 629-5045 (FAX)

**AARON JOHNSON**
State Bar No. 24056961
ajohnson@equaljusticecenter.org
**EQUAL JUSTICE CENTER**
510 S. Congress Ave., Suite 206
Austin, Texas 78704
(512) 474-0007, ext. 104
(512) 474-0008 (FAX)

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 17, 2015, a copy of the foregoing document was electronically filed.  Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Filing System.

_____/s/ *J. Derek Braziel*_____
**J. Derek Braziel**