IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TRANSITO ISABEL MIRANDA, CESAR BAUTISTA, and VICTOR CORPOS CASILLAS Individually and on Behalf of All Others Similarly Situated | § § § § § § | FLSA Collective Action Pursuant to 29 U.S.C. § 216(b) |
| Plaintiffs, | § § | Civil Action No. 4:15-cv-0406 |
| v. | § § | |
| MAHARD EGG FARM, INC., and MAHARD PULLET FARMS, INC. | § § § | |
| Defendants. | § § | Jury Demanded |

## PLAINTIFFS' NOTICE OF FILING ADDITIONAL CONSENTS

Plaintiffs hereby file the following additional Notice of Consents in connection with the above-entitled and numbered action, attached hereto as Exhibits A - Antonio Garza.

Respectfully submitted,

\_\_/s/ *Michael O'Keefe Cowles*\_\_\_\_
**MICHAEL O'KEEFE COWLES**
State Bar No. 24082865
mcowles@equaljusticecenter.org
**GONZALO SERRANO**
State Bar No. 94093134
gserrano@equaljusticecenter.org
**EQUAL JUSTICE CENTER**
1801 N. Lamar, Suite 325
Dallas, Texas 75202
(469) 203-2150
(469) 629-5045 (FAX)

**AARON JOHNSON**
State Bar No. 24056961
ajohnson@equaljusticecenter.org
**EQUAL JUSTICE CENTER**
510 S. Congress Ave., Suite 206
Austin, Texas 78704
(512) 474-0007, ext. 104
(512) 474-0008 (FAX)

**J. DEREK BRAZIEL**
Texas Bar No. 00793380
jdbraziel@l-b-law.com
**J. FORESTER**
Texas Bar No. 24087532
forester@l-b-law.com
**LEE & BRAZIEL, L.L.P.**
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
(214) 749-1400 phone
(214) 749-1010 fax
www.overtimelayer.com

**ATTORNEYS FOR PLAINTIFFS**